E-FILED
Tuesday, 19 December, 2006 03:08:28 PM
Clerk, U.S. District Court, ILCD

11:00 a.m.
12/18/06
Rcvd

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

RECEIVED
DEC 1 8 2006
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

EDWARD PRICE )
          Plaintiff )
                  )
                  )
   vs.            ) Case No. 06-1317
                  ) Court Decides...
Peoria County Jail )
_____ )
_____ )
                  )
                  )
          Defendant(s) )

## COMPLAINT

☐ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other
Suit against county, _____
_____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, ____EDWARD PRICE____, and states as follows:

My current address is: Plaintiff address - Peoria County Jail, 301 Maxwell Road Peoria Ill 61603

The defendant __Mr. Cox__, is employed as __Sergeant__ at __Peoria County Jail, Peoria__

The defendant __Ms. Burnett__, is employed as __deputy__ at __Peoria County Jail, Peoria__

The defendant _____, is employed as _____
_____ at _____

The defendant _____, is employed as _____
_____ at _____

(revised 9/96)

The defendant _____, is employed as _____
_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes  ☐     No ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
Yes  ☐     No ☒

C. If your answer to B is yes, how many? _____  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

4. Basic claim made

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

6. Approximate date of filing of lawsuit

7. Approximate date of disposition

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐   If your answer is no, explain why not

C. Is the grievance process completed?   Yes ☒   No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence **Peoria County jail**

Date of the occurrence **11/01/06**

Witnesses to the occurrence *It has been impossible to receive a name of one of the potential witnesses that was in cell 1 CH1*

State here briefly the FACTS that support your case. Describe how EACH defendant is involved. *Shone Jones*
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. *and also to*
Unrelated claims should be raised in a separate civil action. *Confirm movement Deputy Paul*
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

*(Mr. Jones cellmate at that time was a witness also and maybe more.)*

On 11/01/06 I was sitting at the table reading my bible, when deputy Burkett, whom was relieved not to be working shift at the present time, saw me sitting at the table reading. Deputy Burkett came in and said "Pace why aren't you in your cell?" I then informed her that deputy Paul and the nurse reassigned me to the floor because I was having difficulty sleeping also dizziness because of the Height of the second level. Then deputy Burkett said "well I already asked the nurse and she said she didn't." I knew this was false because of her questioning why I was out of my cell.



demand; still sitting at the table in fear of this trouble, I said nothing further because Burnett began to get verbally agressive. I went as far to even cut eye contact to not look upon her, so I suppose that made her even more mischievous and provocative; I thought, then, I asked to speak to the Sergeant, and Burnett said "good Cox is on." I then observed Burnett as she went to the front desk where Sergeant Cox was. I then observed them putting on some gloves and started to approach CH-4. Sergeant Cox came in and I informed him that deputy Paul and the nurse re-assigned me to the floor. Cox said get up you're going to a special cell. I knew this was unjust, so I obeyed and got up and said "God bless you." Cox said "fuck you and your God!" I stayed quiet and was cuffed by said —

•( other side of this page. )•
    for Page (6-A)

to gather my property. I squatted down to start collecting my things and Cox kicked me, forward thrust as hard as he could into the wall by cell 1 in CH-1. I just sat there on the floor in pain from the kick, and Cox said get up. I obeyed the order. Cox then grabbed me by the back of my jumpsuit and said "go stand next to the television." I followed the order. Cox and Burnett gathered my property. At the time of this offense there was a male cecassian sitting at the table accross from where I was sitting, He was also assigned to the floor. I believe the offense discontinued at that moment because Cox and Burnett observed that a person in cell 1 was at the door looking. Then I asked Cox why did you kick me, and Cox said for waisteing my time. Cox and Burnett gathered my property and handed it to me and said get moving. I followed the order and began walking. Down the halway I walked past a white shirt, commanding officer and asked if I could speak with him and he shook his head No. After we went through the intake door Cox began pushing me in my back and I asked, what do you want from me, and Cox said, "Shut up or I'll punch you in your mouth, so I obeyed. After getting to the special cell E1-spec I entered and imediately dropped to my knees and began to pray so Cox wouldn't have a chance to try anything else. It's believed Cox was trying to impress Burnett by this hateful offense to me. I don't know exactly how many heard or seen what happened. It will have to be investigated. After the offense I have continuously been persecuted. I was denied medical by them being in unisom saying put in a medical slip. I have tried persistently to get adminstrative remedies, but I recieved not one response. Also, I continue to remain in a segregated cell under fabricated rule infractions that the Hearing officer also fabricated questioning Cqt I. 91-19 to obstruct, resist or interfere(3) of deputy Paul. Paul confirmed he was Cqt Ix 1-04 to fail to enter a cell(2) not questioned Cqt I bb 1-08 to show disrespect(2) Cqt II 1-27 unlawful change of ___

§411 ~~Discrimination by reason~~ of race, color, ~~creed~~, formula, or confession of religious faith or belief;

§417 Explains the reason for the falsehood of the rule infractions and also the aggressive, and very hateful offense that occurred on 11/01/06 also the continued persecuted segregation and the non-response of request to administration. I should also have the same equal treatment prescribed by the governing laws of the municipal system as do others. Equal rights protecting me from such hateful aggression and wrongful falsehood fabricated segregation of the obviously fabricated rule infractions.

§411 Equal protection of laws (General Consideration) No person must be denied the equal protection of the law. (Persons Protected) §413 3(County) "... is unlawful administration by state officers of an illinois statute fair on it's face, resulting in it's unequal application to those who are entitled to be treated alike, is not a denial of equal protection unless there is present an element of intentional or purposeful discrimination. This may appear on the face of the action taken with respect to a particular class of persons.

(72) Under these rules, generally suspect classification may include race, sex, national origin, alienage, indigency, residency, or ilegitimacy. (Religious belief)

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

(1) I request a complete and sound investigation, to question any and all persons whom were assigned and Housed in CH1 upon the date of 11/01/06 also _____ for me to confirm and ID the witnesses on behalf of the offense committed.

(2) Once my complaints are confirmed, I request that Cox be prosecuted for his aggressive, hateful offense on 11/01/06.

(3) I request that Burnette is relieved of her position and duty as a deputy.

(4) I request to be compensated for the offense of hate, persecution, mental-physical anguish, and physical pain and suffering

**JURY DEMAND**     Yes ☒     No ☐

Signed this ___9th___ day of ___19th month___, 2006.

*( Signature of Plaintiff)*

| Name of Plaintiff: X Edward Pace | Inmate Identification Number: OCC75 0161 |
|---|---|
| Address: 301 E. Maxwell Road | Telephone Number: County Jail |