UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

EDWARD PACE,
    Plaintiff,

       vs.                              No. 06-1317

DWAYNE COX, et al.
    Defendants.

### ORDER OF DISMISSAL

On May 29, 2007, the pro se plaintiff was ordered to "immediately notify the court of any change in his mailing address." May 29, 2007 Court Order, p. 2. The plaintiff was further advised that failure to notify the court "will result in the dismissal of this lawsuit, with prejudice." *Id.*

On the same day, the court received a notice of change of address from the plaintiff stating that he was now at Hill Correctional Center. A subsequent court filing was sent to the plaintiff at his new address without incident. *See* June 12, 2007 Text Order.

On June 27, 2007, Hill Correctional Center returned a letter to the Clerk of the Court indicating that inmate name and inmate number did not match. The Clerk of the Court resent the letter to the plaintiff with the correct inmate number, but this too was returned on July 6, 2007 indicating that the plaintiff did not reside at Hill Correctional Center. A second letter sent to the plaintiff at the address he provided to the court was also returned on July 30, 2007. An inmate search on the Illinois Department of Corrections website indicates the plaintiff has been paroled. The court has no forwarding address.

**IT IS THEREFORE ORDERED that:**

**1) The Clerk of the Court is directed to dismiss this case in its entirety with prejudice for failure to prosecute with due diligence.** *See* **Fed. R. Civ. P. 41(b).**

**2) The plaintiff is responsible for ensuring the $350.00 filing fee is paid to the clerk of the court. Release from incarceration does not relieve the plaintiff of the obligation to pay the filing fee in full.**

**3) Any pending motions are denied as moot. [d/e 13, 19]**
Enter this 10th day of August, 2007.

                                            s\Harold A. Baker
                            _____
                                          HAROLD BAKER
                              UNITED STATES DISTRICT JUDGE