# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Edward Pace**

vs.

Case Number: **06-1317**

**Mr. Cox, Sergeant, etal**

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that case is dismissed with prejudice for failure to prosecute with due diligence pursuant to rule 41(b).

ENTER this 10th day of August, 2007.

JOHN M. WATERS, CLERK

s/ H. Kallister
BY: DEPUTY CLERK